UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770
301-344-0632

August 27, 2014

Sapna Mirchandani, Esquire
Office of the Federal Public Defender
District of Maryland, Southern Division
6411 Ivy Lane, Suite 710
Greenbelt, Maryland  20770

Barbara Sale, Esquire
Office of the United States Attorney
36 South Charles Street, Suite 400
Baltimore, Maryland  21201

   Re: *United States v. Gross*
     Criminal Case No. PJM 05-cr-0441

Dear Counsel:

The Court is inclined to grant the agreed-to reduction in sentence at the low-end of the guidelines. However, based on indications from BOP that Defendant has exhibited behavior suggesting possible mental health issues, the Court would like to add the standard mental condition to the Supervised Release conditions. Are the parties agreeable to this?

Sincerely yours,

/s/

Peter J. Messitte

Attachment

cc: Court File
   Randy Canal, U.S. Probation Officer